COPY

FELIX WOO (State Bar No. 208107)
E-mail: fwoo@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

2009 OCT 20 PM 3:36

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-7621 MMM AJWx

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALYSON REEVES, D/B/A SCAPEGAMING and DOES 1 through 5 inclusive, <br><br> Defendant. | Case No. <br><br> COMPLAINT FOR: <br><br> (1) COPYRIGHT INFRINGEMENT <br> (2) CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT <br> (3) CIRCUMVENTION OF COPYRIGHT PROTECTION SYSTEMS <br> (4) BREACH OF CONTRACT <br> (5) INTENTIONAL INTERFERENCE WITH CONTRACT <br> (6) UNFAIR COMPETITION <br><br> DEMAND FOR JURY TRIAL |

1.   Plaintiff Blizzard Entertainment, Inc. ("Blizzard") hereby alleges as follows against Defendants Alyson Reeves d/b/a Scapegaming and Does 1-5 (collectively "Defendants"), based upon actual knowledge with respect to Plaintiffs and Plaintiffs' acts, and upon information and belief as to all other matters.

**NATURE OF THE ACTION**

2.   This is an action for injunctive relief and for money damages and related relief against Alyson Reeves d/b/a Scapegaming and Does 1-5, individuals

-1-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   responsible for the creation and proliferation of software, and the operation of a web

2   server, that unlawfully allow access to copies of Blizzard's interactive computer

3   game World of WarCraft®.  Via the website scapegaming.com, Defendants actively

4   market and promote "scapegaming," an unauthorized web server that enables and

5   encourages third parties to play Blizzard's copyrighted World of WarCraft® online

6   computer game on the scapegaming server instead of Blizzard's own authorized

7   servers, thereby denying Blizzard subscription revenue for online play.  Defendants

8   operate their scapegaming business with knowledge that they are facilitating and

9   promoting scapegaming users to infringe Blizzard's copyright, circumvent its

10  copyright protection technology, and breach their contracts with Blizzard.

11  Defendants' actions have unjustly profited Defendants while causing significant

12  damage to Blizzard.  The acts of Defendants, described in more detail below,

13  constitute contributory, direct and indirect infringement of registered copyrights in

14  violation of the Copyright Act, as amended, 17 U.S.C. § 501; circumvention of

15  copyright protection systems in violation of the Digital Millennium Copyright Act

16  ("DMCA"), as amended, 17 U.S.C. § 1201(a)(1)(A); trafficking in technology

17  designed for the purpose of circumventing copyright protection systems in violation

18  of the DMCA, as amended, 17 U.S.C. § 1201(a)(2) and (b)(1); breach of contract

19  under the laws of the State of Delaware, and unfair competition and intentional

20  interference with contractual relations under California law.

**JURISDICTION AND VENUE**

21
22      3.      This Court has original jurisdiction to adjudicate the copyright and DMCA

23  claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338.  This Court has

24  supplemental jurisdiction to declare the rights of the parties and to resolve disputes

25  arising under agreements entered into between the parties pursuant to 28 U.S.C. §

26  1367.

27      4.      Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1391 and

28  1400 because this is a judicial District in which a substantial part of the events

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-

1  giving rise to the claims occurred, and/or in which Plaintiff's injury was suffered.

2  ## THE PARTIES

3      5.    Plaintiff Blizzard Entertainment, Inc. is a Delaware corporation organized

4  and existing under the laws of the state of California, with a principal place of

5  business in Irvine, California.

6      6.    On information and belief, Defendant Alyson Reeves ("Reeves"), a/k/a

7  Alyson Rohrs a/k/a Alyson Noble, "alysonn73@hotmail.com," "Scrohrs,"

8  "Alyreeves," "Peyton," or "PeyPey" resides or has a principal place of business at

9  830 Wilmington Island Road, Savannah, Georgia 31410.  On information and belief,

10  Reeves is the principal owner and operator of scapegaming, which actively solicits

11  and transacts business with customers in California, including Los Angeles.

12      7.    On information and belief, Does 1-5 are individuals whose real identities

13  are not yet known to Blizzard, but who are acting in concert with Reeves, often in

14  the guise of Internet aliases, in committing the unlawful acts alleged herein.  Does 1-

15  5 may use the aliases Trinity, Faithe, Dolemike, Drinda, Sirenica, Wolfy, 2Bit,

16  Xtrodinary, Marcelo, and/or Lleiter in connection with their activities related to

17  scapegaming.  Blizzard intends to identify Does 1-5 during discovery and amend

18  this pleading to name them.

19  ## BACKGROUND FACTS

20  ## Blizzard's World of WarCraft™ Online Computer Game

21      8.    Blizzard is a premier publisher of entertainment software.  Blizzard is best

22  known for its high-quality computer games, including the DIABLO®,

23  STARCRAFT® and WARCRAFT® gaming franchises.  Since establishing the

24  Blizzard label in 1994, Blizzard has quickly become one of the world's most

25  respected and popular makers of computer games.  Many of Blizzard's games

26  feature online game play over the Internet via an online gaming service provided by

27  Blizzard.  Over 11 million individuals actively play Blizzard's games online.

28      9.    Blizzard's World of WarCraft™ ("WoW") is the company's most

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

COMPLAINT

1   ambitious and advanced online computer game.  WoW is a Massively Multiplayer

2   Online Roleplaying Game ("MMORPG"), a genre of computer game in which large

3   numbers of players interact with each other simultaneously in a virtual persistent

4   online world.  WoW allows players to experience the WARCRAFT® universe in

5   great detail, customizing their own experiences by participating in a variety of

6   different activities alone or with others.

7       10.    World of Warcraft® allows players from around the globe to assume the

8   roles of different characters within the game as they explore, adventure and quest

9   across WoW's vast online world.

10      11.    A central objective for players of WoW is to advance their characters

11  through the various levels recognized in the game, thereby accessing new content in

12  the WoW gaming environment as levels increase.  Leveling characters in WoW

13  requires an investment of time and effort playing the game.

14      12.    World of Warcraft®, like other MMORPG games, derives revenue based

15  on a subscription fee model.  In order to experience the WoW gaming environment,

16  consumers must obtain a legitimate version of the WoW game client software, and

17  then make periodic payments for a subscription permitting them to continue

18  accessing Blizzard's authorized WoW servers and playing in the authorized WoW

19  gaming environment.

20      13.    Unfortunately, the gaming experience of legitimate players of WoW is

21  under near constant attack by cheaters, scammers, and other wrongdoers seeking to

22  exploit WoW for their own illegitimate ends.  For this reason, Blizzard seeks to

23  protect the sanctity of the WoW gaming experience through both contractual

24  obligations and technical measures.

25      14.    The software code responsible for the extensive and richly detailed

26  creative elements forming the online world of the WoW gaming environment are

27  copyrighted works owned by Blizzard.

28      15.    Blizzard has received copyright registrations in both the server and game

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-4-

1   client software code.  See Copyright Registration Numbers TXu 1-166-151, TX 5-

2   984-004, and PA-1-247-131, attached hereto as Exhibit A.

3       16.    WoW uses a distributed system of computer programs that interoperate

4   and appear to the end user as one seamless world.  To access the online world, a

5   user must have special software installed on his or her computer (the "WoW game

6   client" or "game client").

7       17.    The game client is specifically designed to work in combination only with

8   computer servers maintained and operated by Blizzard.

9       18.    Because the copyrighted content making up the WoW gaming

10  environment is stored on both the WoW game client and the WoW game server, a

11  user seeking access to the WoW gaming environment must have both an authorized

12  game client and authorized access to a legitimate WoW game server.

13      19.    The WoW game server is designed only to recognize legitimate,

14  authorized game clients.  In turn, authorized game clients are specifically tailored to

15  connect only with authorized servers.

16      20.    Blizzard charges players a set monthly subscription fee for access to its

17  authorized WoW servers.

18      21.    Blizzard developed the WoW gaming environment through tremendous

19  effort and at tremendous expense to the company, employing numerous game

20  designers, artists, producers and programmers to conceive of and create a gaming

21  experience that has appealed to millions of players worldwide.

22          **The World of WarCraft™ End User License Agreement**

23      22.    Prior to playing WoW, users must install the game client on a personal

24  computer. During that installation process, the game client displays a contract to the

25  user called the World of WarCraft™ End User License Agreement ("EULA").  See

26  EULA, attached as Exhibit B.

27      23.    In order to install the game client, and again before playing the game for

28  the first time, the user must manifest assent to the EULA by clicking on a button

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-5-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   labeled "Accept."  The user also may decline to enter into this contract by clicking

2   on a button labeled "Decline," at which point the game client will terminate,

3   denying access to the user.

4       24.    Any use of the WoW game client that is not in accordance with the EULA

5   is expressly prohibited.  Among other provisions, the EULA contains an express

6   limitation on the license, which provides that the user may not "in whole or in part,

7   copy, photocopy, reproduce, translate, reverse engineer, derive source code from,

8   modify, disassemble, decompile, or create derivative works based on the Game…."

9   See Ex. B, EULA para. 2(A).

10       25.    The EULA also provides that the user may not "exploit the Game or any

11   of its parts, including without limitation the Game Client, for any commercial

12   purpose…"  EULA, para 2(C).

13       26.    The EULA also provides that the user may not "host, provide or develop

14   matchmaking services for the Game or intercept, emulate or redirect the

15   communication protocols used by Blizzard in any way, for any purpose, including

16   without limitation unauthorized play over the internet, network play, or as part of

17   content aggregation networks…."  See EULA para 2(F).

18       27.    The EULA also provides that the user may not "facilitate, create or

19   maintain any unauthorized connection to the Game or the Service, including without

20   limitation (a) any connection to any unauthorized server that emulates, or attempts

21   to emulate, the Service; and (b) any connection using programs or tools not

22   expressly approved by Blizzard."  See EULA para. 2(G).

23       28.    In addition, the EULA states that "The media on which the Game Client is

24   distributed may contain additional software and/or content for which you do not

25   have a license (the "Locked Software"), and you agree that Blizzard may install the

26   Locked Software onto your hard drive during the Game Client installation process.

27   You also agree that you will not access, use, distribute, copy, display, reverse

28   engineer, derive source code from, modify, disassemble, decompile any Locked

-6-

1   Software, or create any derivative works based on the Locked Software, until and

2   unless you receive from Blizzard (a) a license to use that software; and (b) a valid

3   alphanumeric key with which to unlock it. If you receive a license and a key from

4   Blizzard, you may only unlock those portions of a single copy of the Locked

5   Software for which you received a license. The terms of the End User License

6   Agreement displayed after the Locked Software is unlocked will replace and

7   supersede this Agreement, but only with regard to the Locked Software for which

8   you receive a license. Notwithstanding anything to the contrary herein, you may

9   make one (1) copy of the Locked Software for archival purposes only." EULA para.

10  5.

11      29.     The EULA also provides Blizzard with the right to deploy patches to the

12  user's computer, stating "Blizzard may deploy or provide patches, updates and

13  modifications to the Game that must be installed for the user to continue to play the

14  Game. Blizzard may update the Game remotely including without limitation the

15  Game Client residing on the user's machine, without the knowledge of the user, and

16  you hereby grant to Blizzard your consent to deploy and apply such patches, updates

17  and modifications."  EULA para. 9.

18      30.     The provisions of the EULA are designed to protect the integrity of the

19  game.

20      31.     The EULA provides commercially reasonable contractual protection of

21  Blizzard's rights in and to the game client and server elements of WoW.

22                    **The World of WarCraft™ Terms of Use**

23      32.     Prior to playing WoW, users must create an account with Blizzard.

24  During that account creation process, Blizzard displays a contract to the user called

25  the World of WarCraft™ Terms of Use (the "TOU").  See TOU, attached as Exhibit

26  C.

27      33.     In order to create a WoW account, the user must manifest assent to the

28  TOU by clicking on a button labeled "Accept."  The user also may decline to enter

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-7-

1    into this contract by clicking on a button labeled "Decline," at which point the

2    account creation process will terminate, denying access to the user.

3        34.    Any use of the WoW game client or access to the WoW gaming

4    environment that is not in accordance with the TOU is expressly prohibited.  Among

5    other provisions, the TOU provides that no one other than Blizzard shall host,

6    provide access to, or emulate the communication protocols used to create the WoW

7    gaming environment.  Additionally, the TOU prohibits modifying WoW software,

8    adding components to WoW, or using third-party programs for the purpose of

9    hosting WoW.  The use of any tools to "hack or alter" WoW software also is

10   specifically prohibited.

11       35.    The provisions of the TOU are designed to protect the integrity of the

12   game by, among other things, preventing the very conduct demonstrated by the

13   defendants -- developing pirated game servers to allow the unchecked use of pirated

14   versions of the WoW game client.

15       36.    The TOU provides commercially reasonable contractual protection of

16   Blizzard's rights in and to the game client and server elements of WoW.

17       37.    The TOU also that the user may not "exploit the Game or any of its parts,

18•  including without limitation the Game Client, for any commercial purpose…"  See

19   Ex. C, ToU para. 2(B).

20       38.    The TOU also provide that the user may not "host, provide or develop

21   matchmaking services for the Game or intercept, emulate or redirect the

22   communication protocols used by Blizzard in any way, for any purpose, including

23   without limitation unauthorized play over the internet, network play, or as part of

24   content aggregation networks…."  See Ex. C, ToU para. 2(E).

25       39.    The TOU also provides that the user may not "facilitate, create or maintain

26   any unauthorized connection to the Game or the Service, including without

27   limitation (a) any connection to any unauthorized server that emulates, or attempts

28   to emulate, the Service; and (b) any connection using programs or tools not

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  expressly approved by Blizzard." See Ex. C, ToU para. 2(F).

2  ### Blizzard's Anti-Piracy Mechanisms

3      40.   Blizzard has received United States copyright registrations in both its

4  game client software and its server software. See Exhibit A.

5      41.   Blizzard's copyright in the game client covers nearly all aspects of the

6  game client as distributed, including without limitation (a) all of the human and

7  machine readable computer code and any other data distributed as part of the game

8  client, (b) all graphical and textual elements of the screens that appear in the game

9  client when the same is executed on a personal computer, (c) all graphical and

10  textual elements of documents distributed with the game client, and (d) all motion

11  picture and sound recordings, and other audio-visual elements distributed with the

12  game client.

13      42.   Because a substantial amount of the material that is used to create the

14  WoW gaming environment resides in the copyrighted game client, and because the

15  game client (like all software) is subject to unlimited copying over the Internet,

16  Blizzard has implemented a number of technological measures to control access to

17  the copyrighted elements in the game client.

18      43.   In order to play WoW, a user must first install and then "launch" the WoW

19  client.

20      44.   After the game client has been installed, it must then interact with the

21  WoW game server in order to create the online world and provide access to the

22  copyrighted content of the WoW gaming environment. Game clients are pre-

23  configured only to connect to Blizzard's WoW game server. Specifically, after the

24  game client connects to the game server, the server examines a set of data from the

25  game client that serves as a "digital fingerprint," allowing Blizzard to determine

26  whether the game client attempting to communicate with the server is legitimate.

27      45.   The WoW client software cannot be used to play WoW without a

28  connection to a server.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-9-

1    46.    The only servers that WoW players are authorized to use are those

2    provided by Blizzard.

3    47.    When the WoW client is launched, a copy of the program is loaded into

4    the user's own computer's random access memory.

5    48.    Blizzard only authorizes users to copy WoW into random access memory

6    in conformity with the terms of its EULA and TOU.

7    49.    When users first attempt to launch the WoW game client, authenticate to

8    the WoW game server, and access the copyrighted elements of the WoW gaming

9    environment, they must  demonstrate that they seek to run an authorized copy of the

10   game client.

11   50.    Each authorized user is issued a unique 26-digit alphanumeric

12   authentication code (the "Authentication Code") upon purchase of a license to play

13   WoW.  Prior to playing the game, users must create an account via a separate

14   interface that requires them to enter their Authentication Code.  Once the

15   Authentication Code has been validated, the user must create a unique account

16   username and password.  Each Authentication Code can only be used to create one

17   account, and the Authentication Code is tied to that account after the account has

18   been created.

19   51.    When the user runs the game client software, the game client displays a

20   login screen in which the user must enter his or her unique account username and

21   password.  The client then sends information, including information derived from

22   the username and password, to the server.  If this information passes certain

23   authentication tests, the server allows the game client to enter the WoW gaming

24   environment and access the copyrighted material resident on the server, as well as

25   opening access to the copyrighted material on the game client.

26   52.    As such, access to the copyrighted content on the game client is predicated

27   on access to the authorized WoW server.  In this way, the server "unlocks" the

28   copyrighted information on the game client.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-10-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## DEFENDANTS' UNLAWFUL ACTIVITIES

53.   Defendant Alyson Reeves, along with Does 1-5, operate www.scapegaming.com, which serves as a portal to a number of servers operated by scapegaming, designed to emulate the actual WoW game servers Blizzard operates.

54.   The scapegaming servers emulate (mimic) Blizzard's own World of Warcraft® servers, and enable large-scale, multi-player online play of Blizzard Games.  The scapegaming servers are not authorized by Blizzard.

55.   On information and belief, Alyson Reeves, and others acting in concert with her, including Does 1-5, initially began development of unauthorized or rogue servers to accommodate players that wished to play World of Warcraft without paying a monthly fee.

56.   Scapegaming actively advertises its servers on the "Top 100" list of unauthorized WoW servers.  It includes a link to: http://www.xtremetop100.com/in.php?site=1132192645 on its homepage and elsewhere on its website encouraging scapegaming users to "vote" for scapegaming as one of the "best" unauthorized servers in order to attract more users.

57.   Scapegaming employs individuals as "game masters," or "GMs", "database" team members, "donations" supervisors, developers, and forum moderators to administer its servers and website.

58.   Scapegaming offers five different servers to its users: WoWScape, WoWCrack,  WoWLegion, Battlescape, and PTR.

59.   Scapegaming describes its WoWScape server as a "funserver."  This "funserver" attempts to replicate the WoW online gaming experience, but at the same time allows players to advance in WoW and obtain objects more quickly than Blizzard's authorized servers by offering 40x experience rates, 60x drop rates, custom gear and unscripted instances.

60.   Scapegaming describes its WoWCrack server as "Blizzlike High Rate." This "Blizzlike High Rate" server attempts to replicate the WoW online gaming

1   experience Blizzard provides, but at the same time allows players to advance in

2   WoW and obtain objects more quickly than Blizzard's authorized servers but not as

3   quickly as the "funserver."

4   61.    Scapegaming describes its WoWLegion server as "Blizzlike." This

5   "Blizzlike" server is designed to replicate the WoW online gaming experience

6   Blizzard provides on its authorized servers, allowing players to advance in WoW at

7   only a slightly accelerated rate.

8   62.    Scapegaming describes its Battlescape server as a "Pure PvP Realm,"

9   which attempts to replicate the "Player versus Player" battle realms that Blizzard

10   provides on its authorized servers. Unlike Blizzard's servers, however, players

11   using scapegaming's PvP realm are immediately assigned a high-level character that

12   would take months to obtain on Blizzard's authorized servers.

13   63.    Scapegaming describes its PTR server as a "Test Realm," which

14   scapegaming uses to test new features. This test realm also attempts to replicate the

15   WoW online gaming experience Blizzard provides.

16   64.    Scapegaming has also announced plans to offer another server that would

17   attempt to replicate Blizzard's authorized servers as those servers existed several

18   years ago, before Blizzard released its "Wrath of the Lich King" and "Burning

19   Crusade" expansion packs.

20   65.    Playing WoW on a scapegaming server, other than the Battlescape server,

21   requires the user to have a copy of World of Warcraft Wrath of the Lich King

22   installed on their computer. The Battlescape server requires the player to have

23   World of Warcraft with the Burning Crusade Expansion installed.

24   66.    Blizzard has not authorized the scapegaming servers and therefore their

25   operation violates the express provisions of the EULA and TOU.

26   67.    Likewise, players' use of the scapegaming servers exceeds the express

27   license limitations set forth in the WoW EULA and TOU.

28   68.    Defendants were well aware that their activities were unauthorized, even

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    going so far as to place a term in the scapegaming Terms of Use designed to prevent

2    Blizzard from discovering or receiving information about scapegaming's actions

3    stating that: "No one from Blizzard, associated with Blizzard or any such affiliated

4    company or anyone directed by Blizzard or its Related companies is permitted to

5    enter these web sites or view any content contained within these sites at any time

6    what so ever due to controversial reasons."

7    69.    On information and belief, Defendants and others acting in concert with

8    them continue to develop the scapegaming server to the present day and continue to

9    cause Blizzard irreparable harm.

10    70.    On information and belief, the copies of World of Warcraft, World of

11    Warcraft Burning Crusade, and World of Warcraft Wrath of the Lich King that must

12    be installed in order to access scapegaming servers do not need to be authentic

13    copies.

14    71.    On information and belief, unlike the authentic WoW game servers, the

15    scapegaming server does not even attempt to determine whether a game client

16    connecting to it is legitimate.  Instead, the scapegaming server, as designed, allows

17    unauthorized versions of the game client to enter the WoW online world and access

18    the copyrighted content residing on the game client.

19    72.    In addition, the scapegaming server allows any user to create an account

20    without first submitting an Authentication Code.

21    73.    The scapegaming server thus allows users to bypass the anti-piracy checks

22    Blizzard has implemented that otherwise take place before the game client may

23    proceed to enter the WoW gaming environment.

24    74.    Absent rogue servers such as scapegaming, owners of pirated versions of

25    the game client would have no ability to access the copyrighted content resident on

26    the game client.

27    75.    Blizzard has not authorized scapegaming to provide servers nor has it

28    authorized scapegaming to create any derivative works based on its client or server

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-13-

1  software.

2      76.    Defendants have not been authorized by Blizzard to modify or reverse

3  engineer any WoW software, including the game client, or to use the game client in

4  conjunction with a rogue server.

5      77.    On information and belief, Defendants and scapegaming users have

6  bypassed the Authentication Code check required by the installation program and

7  installed the pirated version of the game client on the hard drive of a computer for

8  use in connecting to scapegaming's unauthorized servers.

9      78.    On information and belief, Defendants and scapegaming users caused this

10  pirated version of the game client to be run on a computer, and in doing so viewed

11  the TOU, and manifested assent to the TOU by clicking on the "Accept" button.

12      79.    On information and belief, Defendants and other scapegaming users

13  purchased a license to use a legitimate version of the WoW game client.

14      80.    On information and belief, Defendants and other scapegaming users

15  caused this legitimate version of the game client to be run on a computer, viewed the

16  TOU, and manifested assent to the TOU by clicking on the "Accept" button.

17      81.    On information and belief, during the course of developing the custom

18  scapegaming server emulation software, Defendants attempted to cause a pirated

19  version of the game client to connect to the legitimate WoW game server.

20      82.    Upon information and belief, scapegaming has developed, maintains, and

21  actively updates its own custom emulation software designed to replicate the WoW

22  online experience.

23      83.    Upon information and belief, scapegaming's custom emulation software

24  uses content extracted and copied from the WoW client in order to replicate the

25  WoW online experience.

26      84.    Upon information and belief, scapegaming has attempted to "reverse

27  engineer" Blizzard's copyrighted server software in order to develop and maintain

28  its custom emulation software.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-14-

85.     On information and belief, scapgaming's developers disassembled, decompiled, "packet sniffed" or otherwise reverse engineered portions of Blizzard's client and server software during the course of development of the scapegaming server.

86.     On information and belief, at all times during the course of development of the scapegaming server program, Defendants had specific knowledge that the server program was being used to enable individuals who had obtained pirated versions of the game client to access the game client and the copyrighted content therein and that the server program would be used to enable individuals who had obtained legitimate versions of the game client to access a WoW online game experience in violation of the EULA and TOU.

87.     Scapegaming also provides instructions to its users on how to "downpatch" their WoW client programs.

88.     "Downpatching" allows users to downgrade their versions of WoW from the latest version in order to make them compatible with unauthorized servers and to avoid software controls that Blizzard implements in new patches to prevent the use of its client software on unauthorized servers.

89.     In addition to providing instructions on how to "downpatch," scapegaming also provided links to pirated, older versions of the WoW game client designed to work with its unauthorized servers and links to "alternative patching" files and instructions that allow users to patch their game client without connecting to Blizzard's server.

90.     Similarly, on July 29, 2009, "Justice," a "moderator" acting on behalf of scapegaming posted links to Blizzard's copyrighted patches for use in downpatching scapegaming users' copies of WoW without accessing Blizzard's authentication servers.

91.     Applying patches without connecting to Blizzard's server allows users to circumvent Blizzard's authentication software and patch pirated copies of WoW.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-15-

92.   On July 26, 2009, "Peyton" (one of Reeves' aliases) announced that scapegaming had plans to put up a new server or realm called "Chronicles" that would allow users to play an older version of World of Warcraft that did not include the popular Burning Crusade or Wrath of the Lich King expansion packs.

93.   On July 28, 2009, scapegaming user "Beckon" posted links to pirated versions of World of Warcraft version 1.12.1 for download on the scapegaming website.  WoW 1.12.1 is an older version of the WoW Client that Beckon claims could be used with "Wowchronicles."

94.   Due to Defendants' deliberate hosting, development, distribution, and encouragement of use of the scapegaming server, players around the world have been able to use scapegaming's servers to access Blizzard's copyrighted content to play pirated copies of WoW and legitimate copies of WoW without paying monthly subscription fees.

95.   The availability of these programs that allow users with pirated versions of the game client to access Blizzard's copyrighted content on the game client without authorization has materially contributed to widespread demand for infringing copies of the game client on the Internet.

96.   The availability of pirated copies, and the development of the pirated game servers designed to enable game play completely separate from the authorized WoW environment deprives Blizzard of the fruits of its labors in developing the WoW client and gaming environment.

97.   Scapegaming unjustly profits from these unlawful acts by encouraging its users to make "donations" to fund its continued operation.  It encourages these "donations" by proving "donors" with additional items that those "donors" may use on scapegaming's servers.

98.   For example, on the "Funserver" players that "donate" to scapegaming can choose from a range of items, ranging in cost from $1 (to advance their character 2 levels) to $300 for an "Ancient Pack #4" collection of a number of rare WoW items.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-16-

99.   Most of the same items are available to players on the WoWLegion server, the server Scapegaming claims to be "Blizzlike," but at an increased cost.  For those players, prices range from $2 (to advance a character two levels), to $300 for a package containing a level 70 character with weapons, gold, and other advanced in game items.

100.   On the WoWCrack server, which scapegaming describes as "High Rate Blizzlike", most of the same items are available for purchase as on the other two servers, ranging in price from $2 (to advance a character two levels) to $250 for a package containing a high level character, and assorted other advanced in game items and gold.

101.   In order to gain access to gameplay using the advanced items available for purchase on the WoWLegion service on Blizzard's authorized servers, a United States' resident player would have to pay a $14.99/month fee for many months in order to complete the tasks required to gain access to these items.

102.   By using scapegaming's servers, players are able to obtain the use of those items in an in-game environment without paying Blizzard that monthly fee, resulting in millions of dollars in lost subscription fees.

103.   Upon information and believe, scapegaming has received approximately $1,500,000 from players' "donations" through scapegaming.com, an amount that far exceeds the costs associated with operating its unauthorized servers.

## COUNT I

## Copyright Infringement

## Under the Copyright Act, 17 U.S.C. § 501 et seq.

104.   Blizzard realleges each and every allegation set forth in Paragraphs 1 through 103, inclusive, and incorporates them by reference herein.

105.   Blizzard owns valid copyrights in the WoW game client and server software.

106.   Defendants' actions, as stated above, constitute copyright infringement

-17-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    arising under the Copyright Act, as amended, 17 U.S.C. § 101 et seq. and
2    particularly § 501(a) thereof.

3       107.   Defendants' actions, as stated above, constitute a direct infringement of
4    Blizzard's exclusive right under copyright to reproduce and distribute copies of the
5    copyrighted works, including the copyrighted elements of Blizzard's WoW game
6    client, WoW game server and WoW gaming environment, as defined under 17
7    U.S.C. § 106(1) and (3).

8       108.   Defendants' actions, as stated above, constitute a direct infringement of
9    Blizzard's exclusive right under copyright to prepare derivative works based upon
10   the copyrighted works, as defined under 17 U.S.C. § 106(2).

11      109.   Defendants' actions, as stated above, constitute a direct infringement of
12   Blizzard's exclusive right under copyright to public performance of the copyrighted
13   works, as defined under 17 U.S.C. § 106(4).

14      110.   Defendants' actions, as stated above, constitute a direct infringement of
15   Blizzard's exclusive rights under copyright as defined under 17 U.S.C. § 106 by
16   contributing to the infringing activity of end users so substantially as to be directly
17   liable for the end users' infringing activity.

18      111.   Defendants' actions, as stated above, constitute active inducement of
19   infringement of Blizzard's exclusive rights under copyright as defined under 17
20   U.S.C. § 106.

21      112.   Defendant's infringements of Blizzard's copyrighted works have been
22   committed willfully and for private commercial gain.

23                                    **COUNT II**
24           **Contributory and Vicarious Copyright Infringement**
25            **Under the Copyright Act, 17 U.S.C. § 501 et seq.**

26      113.   Blizzard realleges each and every allegation set forth in Paragraphs 1
27   through 112, inclusive, and incorporates them by reference herein.

28      114.   When scapegaming users access the scapegaming unauthorized server,

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-18-

1    they copy the WoW client copyrighted content into their computer's RAM, in

2    excess of the scope of their license.

3        115.   At all relevant times, Defendants have knowingly participated in,

4    facilitated, materially contributed to, and encouraged the above-described

5    unauthorized copying of the WoW game client and WoW gaming environment.

6        116.   Defendants have actual and constructive knowledge of the infringements

7    encouraged by the provision of the scapegaming server.

8        117.   Defendants' actions, as stated above, constitute contributory copyright

9    infringement and/or active inducement of infringement of Blizzard's exclusive

10   rights under copyright as defined under 17 U.S.C. § 106.

11       118.   Defendants' actions, as stated above, constitute vicarious copyright

12   infringement of Blizzard's exclusive rights under copyright as defined under 17

13   U.S.C. § 106.

14       119.   Defendants have the right and ability to control the infringing activity

15   occurring via the scapegaming servers, and derive financial benefit from the

16   infringements of scapegaming users.

17       120.   The foregoing acts of infringement by Defendants have been committed

18   willfully and for private commercial gain.

19       121.   Blizzard's remedy at law is not adequate.  Unless restrained by this Court,

20   Defendants will continue to violate Section 501 of the Copyright Act.  Complete

21   protection of Blizzard's rights should include an injunction, statutory and/or actual

22   damages, an equitable accounting of profits, as well as all other remedies available.

23                              **COUNT III**

24                    **Violation of the Digital Millennium**

25          **Copyright Act ("DMCA"), 17 U.S.C. §§ 1201(A) and (B)**

26       122.   Blizzard realleges each and every allegation set forth in Paragraph 1

27   through 121, inclusive, and incorporates them by reference herein.

28       123.   Defendants' actions constitute direct circumvention of a technological

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-19-

1  measure that effectively controls access to a copyrighted work in violation of 17

2  U.S.C. § 1201(a)(1)(A).

3     124.  Defendants, through their facilitation of permitting pirated copies of the

4  WoW client to connect to the scapegaming servers,  are aiding and abetting

5  scapegaming users violations of  17 U.S.C. § 1201(a)(1)(A).

6     125.  Defendants are offering to the public, providing or otherwise trafficking in

7  technology in violation of 17 U.S.C. § 1201(a)(2) and (b).

8     126.  The scapegaming server is primarily designed or produced for the purpose

9  of circumventing a technological measure that effectively controls access to a

10  copyrighted work and that protects the exclusive rights of copyright owners.

11     127.  The scapegaming server has no commercially significant purpose or use

12  other than to circumvent a technological measure that effectively controls access to

13  a copyrighted work and that protects the exclusive rights of copyright owners.

14     128.  Defendants market the scapegaming server with knowledge of its use in

15  circumventing Blizzard's technological access controls and copyright protection.

16     129.  Defendants acts constituting DMCA violations have been and continue to

17  be performed without the permission, authorization or consent of Blizzard.

18     130.  Defendants have violated Section 1201 of the DMCA willfully and for

19  private commercial gain.

20     131.  Defendants' conduct has caused damage to Blizzard, and has unjustly

21  enriched Defendants, in an amount to be proven at trial.

22     132.  Blizzard's remedy at law is not adequate.  Unless restrained by this Court,

23  Defendants will continue to violate Section 1201 of the DMCA.  Complete

24  protection of Blizzard's rights should include an injunction, statutory and/or actual

25  damages, an equitable accounting of profits, as well as all other remedies available.

26  **COUNT IV**

27  **Breach of the World of WarCraft™ End User License Agreement**

28     133.  Blizzard realleges each and every allegation set forth in Paragraphs 1

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1 │ through 132, inclusive, and incorporates them by reference herein.

2 │     134.   The EULA provides that "You hereby agree that Blizzard would be

3 │ irreparably damaged if the terms of this License Agreement were not specifically

4 │ enforced, and therefore you agree that Blizzard shall be entitled, without bond, other

5 │ security, or proof of damages, to appropriate equitable remedies with respect to

6 │ breaches of this License Agreement, in addition to such other remedies as Blizzard

7 │ may otherwise have available to it under applicable laws. In the event any litigation

8 │ is brought by either party in connection with this License Agreement, the prevailing

9 │ party in such litigation shall be entitled to recover from the other party all the costs,

10 │ attorneys' fees and other expenses incurred by such prevailing party in the

11 │ litigation." EULA para. 13.

12 │     135.   Defendants' actions, as stated above, constitute breach of the World of

13 │ WarCraft™ End User License Agreement entered into or agreed to by Defendants,

14 │ in violation of the laws of the State of Delaware, by reason of which Blizzard has

15 │ suffered and will continue to suffer harm and irreparable injury.

16 │ **COUNT V**

17 │ **Breach of the World of WarCraft™ Terms Of Use**

18 │     136.   Blizzard realleges each and every allegation set forth in Paragraphs 1

19 │ through 135, inclusive, and incorporates them by reference herein.

20 │     137.   Defendants' actions, as stated above, constitute breach of the World of

21 │ WarCraft™ Terms of Use entered into or agreed to by Defendants, in violation of

22 │ the laws of the State of Delaware, by reason of which Blizzard has suffered and will

23 │ continue to suffer harm and irreparable injury.

24 │ **COUNT VI**

25 │ **Unfair Competition Under California Law**

26 │     138.   Blizzard realleges each and every allegation set forth in Paragraphs 1

27 │ through 137, inclusive, and incorporates them by reference herein.

28 │     139.   Defendants' actions, as stated above, constitute unfair competition, in this

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

COMPLAINT

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    judicial district, under the common law of California, by reason of which Blizzard

2    has suffered and will continue to suffer harm and irreparable injury.

### COUNT VII

### Intentional Interference with Contractual Relations

5    140.   Blizzard realleges each and every allegation set forth in Paragraphs 1

6    through 139, inclusive, and incorporates them by reference herein.

7    141.   As described herein, before playing the game, licensed users of WoW

8    must first assent to the EULA and the TOU, thereby creating contracts between the

9    users and Blizzard.

10    142.   Blizzard's contracts with its users are valid and enforceable.

11    143.   Scapegaming is an unauthorized provider of online World of Warcraft

12    gameplay that allows players to experience an online environment similar to that

13    offered by Blizzard.

14    144.   Defendants are aware that the EULA and TOU prohibit WoW players

15    from using or providing unauthorized servers to play WoW.

16    145.   Defendants are aware of the contracts between Blizzard and its users.

17    146.   On information and belief, Defendant Alyson Reeves is also aware of the

18    Blizzard EULA and TOU by virtue of her own personal WoW accounts.

19    147.   Scapegaming intentionally induces users of WoW to use scapegaming's

20    unauthorized servers in breach of WoW users' contracts with Blizzard.

21    148.   By inducing licensed users to breach their contracts with Blizzard,

22    scapegaming intentionally interferes with the contracts between Blizzard and

23    licensed users of WoW.

24    149.   Scapegaming's actions were committed willfully and knowingly.

25    150.   Scapegaming knowingly induced breaches with an improper motive,

26    namely to profit from "donations" received from players on its unauthorized servers,

27    that harms the WoW game experience and which scapegaming knew Blizzard

28    prohibited.

1   151.   As a result of scapegaming's actions, Blizzard has suffered damage in an
2   amount to be proven at trial, including but not limited to loss of goodwill among
3   WoW users, diversion of Blizzard resources to attempt to prevent the development
4   of unauthorized servers, loss of revenue from terminated users, and decreased
5   subscription revenue from users opting to play on scapegaming instead of Blizzard's
6   servers.

7   152.   Scapegaming's intentional interference with the contracts between
8   Blizzard and its licensed users entitle Blizzard to injunctive relief and compensatory
9   damages, and other available relief.

10   **PRAYER FOR RELIEF**

11   WHEREFORE, Blizzard prays that this Court enter judgment in its favor on
12   each and every claim for relief set forth above and award it relief including, but
13   not limited to, an Order:

14   A.   Preliminarily and permanently enjoining Defendants, their officers,
15   employees, agents, subsidiaries, representatives, distributors, dealers, members,
16   affiliates, and all persons active in concert or participation with them from:
17   (i) infringing Blizzard's copyrighted works; (ii) inducing or contributing to third
18   party infringements of Blizzard's copyrighted works; (iii) violating the
19   prohibitions on circumvention of copyright protection systems and trafficking in
20   circumvention technology; (iv) intentionally interfering with Blizzard's contracts
21   with players; and (v) violating the World of WarCraft ™ Terms of Use.

22   B.   Requiring Defendants to shut down the infringing scapegaming server
23   and any colorable copy thereof, hosted at any domain, address, location, or ISP
24   within the jurisdiction of this Court.

25   C.   Restraining Defendants from engaging in infringing or violative
26   activity relating to the infringing scapegaming server or software.

27   D.   Requiring Defendants to deliver to Blizzard all copies of materials that
28   infringe or violate any of Blizzard's rights described herein.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

COMPLAINT

1       E.      Requiring Defendants to provide Blizzard with an accounting of any

2 and all sales of products or services that infringe or violate any of Blizzard's rights

3 described herein.

4       F.      Awarding Blizzard monetary relief including damages sustained by

5 Blizzard in an amount not yet determined.

6       G.      Awarding Blizzard actual or statutory damages for infringement and

7 willful infringement under 17 U.S.C. §§ 504 and 1203, as appropriate.

8       H.      Awarding Blizzard its costs and attorneys' fees in this action pursuant

9 to 17 U.S.C. §§ 505 and 1203 and other applicable laws.

10       I.      Awarding such other and further relief as this Court may deem just and

11 appropriate.

12

13 Dated: October 20, 2009       SONNENSCHEIN NATH & ROSENTHAL LLP

14

15

16       By_____

17                         FELIX T. WOO
                   Attorneys for Plaintiff
                   Blizzard Entertainment, Inc.

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

COMPLAINT