# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Blizzard Entertainment, Inc. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | CIVIL ACTION NO.: |
| Vs. | ) | |
| | ) | CV09-7621MMMAJWx |
| Alyson Reeves, D/B/A Scapegaming and | ) | |
| DOES 1 through 5 inclusive, | ) | |
| | ) | |
| Defendant(s), | ) | |

## AFFIDAVIT OF SERVICE

I served the original of the Summons (1 page), Complaint (24 pages), Civil Cover Sheet (2 pages), Certification of Interested Parties (2 pages), Local Rules (7 pages), Notice to Parties of ADR Pilot Program (3 pages) and Notice of Assignment to United States Magistrate Judge for Discovery (1 page) upon **Mrs. Alyson Reeves** by hand-delivering same:

(a) PERSON SERVED: Alyson Reeves

(b) ADDRESS WHERE SERVED: 830 Wilmington Island Rd, Savannah, GA 31410

(c) DATE OF SERVICE: 4 November 2009

(d) TIME OF DELIVERY: 1:12 pm

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on **4 November 2009.**

*Andrea Swansm*
Notary

*Frank H. Rimsek*
Frank H. Rimsek
SISC, Inc.
PO Box 435, Rincon, GA 31326
GA PI LIC#PDE048287

Notary Public, Effingham County, Georgia
My Commission Expires June 26, 2010