FELIX WOO (State Bar No. 208107)
BONNIE LAU (State Bar No. 246188)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email:     fwoo@sonnenschein.com
           blau@sonnenschein.com

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive, <br><br> Defendants. | Case No. 2:09-cv-7621-MMM-AJW <br><br> PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S <br><br> (1) REQUEST FOR ENTRY OF DEFAULT; AND <br><br> (2) SUPPORTING DECLARATION OF BONNIE LAU <br><br> [Fed. R. Civ. P. 55(a)] |

Case No. 2:09-cv-7621-MMM-AJW                    REQUEST FOR ENTRY OF DEFAULT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Blizzard Entertainment, Inc. ("Blizzard") hereby requests that the Clerk of this Court enter default in this matter, pursuant to Federal Rule of Civil Procedure 55(a), against defendant Alyson Reeves, d/b/a Scapegaming ("Reeves") for her failure to appear, plead or otherwise respond to Blizzard's complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A).

Blizzard effected service of the summons and complaint on Reeves on November 4, 2009, in compliance with the federal and state rules of procedure, as evidenced by the Proof of Service filed with this Court on January 11, 2010 and attached as Exhibit A to the Declaration of Bonnie Lau. Under Rule 12(a) of the Federal Rules of Civil Procedure, Reeves was required to answer or otherwise respond to the Complaint no later than November 28, 2009. Because Reeves failed to do so, Blizzard hereby requests that the Clerk enter default against Reeves in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January 11, 2010          SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
BONNIE LAU

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

## DECLARATION OF BONNIE LAU

1. I am an attorney duly licensed to practice in the State of California and before the Federal District Court for the Central District of California. I am an attorney at Sonnenschein Nath & Rosenthal LLP, counsel of record for plaintiff Blizzard Entertainment, Inc. ("Blizzard"). I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2. Blizzard filed with this Court a Complaint for copyright infringement, breach of contract, and unfair competition (the "Complaint") on October 20, 2009. On November 4, 2009, Blizzard caused to be served on defendant Alyson Reeves, d/b/a Scapegaming ("Reeves") a copy of the Summons and Complaint. The Affidavit of Service of Summons and Complaint on Reeves was filed with this Court on January 11, 2010. (Docket Entry No. 6.) A true and correct copy of the Affidavit of Service of Summons and Complaint is attached as Exhibit A.

3. I am informed and believe that Reeves' deadline to answer or otherwise respond to the Complaint was November 28, 2009.

4. As of the date of this request to enter default, our search of this Court's docket and our files reveals that no answer, Rule 12 motion, or other appropriate response to the Complaint is on file with this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of January 2010 at San Francisco, California.

_____
BONNIE LAU

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Blizzard Entertainment, Inc.           )
                                       )
         Plaintiff(s),                 )
                                       )           CIVIL ACTION NO.:
Vs.                                    )
                                       )           CV09-7621MMMAJWx
Alyson Reeves, D/B/A Scapegaming and   )
DOES 1 through 5 inclusive,            )
                                       )
         Defendant(s),                 )

## AFFIDAVIT OF SERVICE

I served the original of the Summons (1 page), Complaint (24 pages), Civil Cover Sheet (2 pages), Certification of Interested Parties (2 pages), Local Rules (7 pages), Notice to Parties of ADR Pilot Program (3 pages) and Notice of Assignment to United States Magistrate Judge for Discovery (1 page) upon **Mrs. Alyson Reeves** by hand-delivering same:

(a) PERSON SERVED: _Alyson Reeves_

(b) ADDRESS WHERE SERVED: _830 Wilmington Island Rd, Savannah, GA 31410_

(c) DATE OF SERVICE: _4 November 2009_

(d) TIME OF DELIVERY: _1:12 pm_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on **4 November 2009.**

_Andrea Swanson_
Notary

_Frank H. Rimsek_
Frank H. Rimsek
SISC, Inc.
PO Box 435, Rincon, GA 31326
GA PI LIC#PDE048287

Notary Public, Effingham County, Georgia
My Commission Expires June 26, 2010