# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAN 1 2 2010

CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Blizzard Entertainment, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Alyson Reeves     Defendant(s). | CASE NUMBER: <br><br> CV09-7621-MMM(AJWx) <br><br><br> **NOTICE OF DEFICIENCY** <br> **DEFAULT/DEFAULT JUDGMENT** |

## PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ___Alyson Reeves_____ for the following reason(s)

- ☐ No declaration as required by F.R.Civ.P 55(a)
- ☐ No proof of service/waiver of service on file
- ☐ The name of the person served does not exactly match the complaint
- ☒ Proof of Service is lacking required information. Does not state if service was made pursuant to Federal or State statute.
- ☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
    - ☐ Request forwarded to assigned Judge for consideration
- ☐ Party dismissed from action on _____
- ☐ Case terminated on _____
- ☒ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

- ☐ No Entry of Default on file
- ☐ No declaration of as required by F.R.Civ.P 55(b)
- ☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐ Attorney Fees sought not in compliance with Local Rule 55-3
- ☐ Amount sought for costs is incorrect
- ☐ Case terminated on _____
- ☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By: _____Brent Pacillas_____
Deputy Clerk