FELIX WOO (State Bar No. 208107)
fwoo@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive,<br><br>Defendants. | Case No. 2:09-cv-7621-SVW-AJW<br><br>Assigned to<br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PROSECUTION |

Plaintiff Blizzard Entertainment, Inc. ("Blizzard"), hereby responds to the Court's March 24, 2010 Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution. Dismissal is not warranted here because Blizzard has been diligently prosecuting this action, as evidenced by the following:

<u>Service of Summons and Complaint</u>. Blizzard filed the Complaint in this action on October 20, 2009. Blizzard effected service of the Summons and Complaint on Defendant Alyson Reeves, d/b/a Scapegaming ("Defendant") on November 4, 2009, and filed the Proof of Service of Summons and Complaint with this Court on January 11, 2010. Attached as Exhibit A is a true and accurate copy of the Proof of Service. There are no other remaining defendants to be served with the Summons and Complaint.

<u>Request for Entry of Default</u>. Following service, Defendant never appeared or responded to the Complaint. Accordingly, Blizzard filed a request for entry of default on January 11, 2010, and the Clerk entered default against Defendant on January 14, 2010. Attached as Exhibit B is a true and accurate copy of the certificate of the Clerk of this Court as to the entry of default.

<u>Settlement Efforts</u>. Following the entry of default, Blizzard made repeated attempts to contact Defendant to discuss and facilitate settlement of this matter.

<u>Motion for Default Judgment</u>. In the interim, Blizzard has been diligently preparing a motion for default judgment and entry of a permanent injunction. In support of its motion, Blizzard has engaged in a time consuming and labor intensive investigation of Defendant's myriad infringing activities to support its claim for statutory damages under the Digital Millenium Copyright Act.[1] Blizzard anticipates filing the motion for default judgment shortly.

---

[1] The Digital Millenium Copyright Act, 17 U.S.C. § 1203(c)(3)(A), provides in relevant part that "a complaining party may elect to recover an award of statutory damages for each violation of section 1201 in the sum of not less than $200 or more than $2,500 per act of circumvention, device, product, component, offer, or performance of service. . ."

1  In sum, Blizzard submits that it has been diligently prosecuting this matter,
2  and respectfully requests that this action not be dismissed for lack of prosecution.

3  Dated: April 7, 2010              SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/ Bonnie Lau_____
BONNIE LAU

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

# Exhibit A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Blizzard Entertainment, Inc. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | CIVIL ACTION NO.: |
| Vs. | ) | |
| | ) | CV09-7621MMMAJWx |
| Alyson Reeves, D/B/A Scapegaming and | ) | |
| DOES 1 through 5 inclusive, | ) | |
| | ) | |
| Defendant(s), | ) | |

### AFFIDAVIT OF SERVICE

I served the original of the Summons (1 page), Complaint (24 pages), Civil Cover Sheet (2 pages), Certification of Interested Parties (2 pages), Local Rules (7 pages), Notice to Parties of ADR Pilot Program (3 pages) and Notice of Assignment to United States Magistrate Judge for Discovery (1 page) upon **Mrs. Alyson Reeves** by hand-delivering same:

(a) PERSON SERVED: Alyson Reeves

(b) ADDRESS WHERE SERVED: 830 Wilmington Island Rd, Savannah, GA 31410

(c) DATE OF SERVICE: 4 November 2009

(d) TIME OF DELIVERY: 1:12 pm

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on **4 November 2009.**

*[Signature]* Andrea Swanson
Notary

*[Signature]* Frank H. Rimsek
Frank H. Rimsek
SISC, Inc.
PO Box 435, Rincon, GA 31326
GA PI LIC#PDE048287

Notary Public, Effingham County, Georgia
My Commission Expires June 26, 2010

# Exhibit B

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Blizzard Entertainment, Inc., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV09-7621-MMM(AJWx) |
| v. | |
| Alyson Reeves | **DEFAULT BY CLERK**<br>F.R.Civ.P. 55(a) |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Alyson Reeves, dba Scapegaming

Clerk, U. S. District Court

| January 14, 2010 | By Brent Pacillas |
|---|---|
| Date | Deputy Clerk |

CV-37 (10/01)   DEFAULT BY CLERK F.R.Civ.P. 55(a)