UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07621-SVW-AJW | Date | April 8, 2010 |
|---|---|---|---|
| Title | Blizzard Entertainment, Inc. v. Alyson Reeves et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER VACATING ORDER TO SHOW CAUSE

  The Court hereby VACATES the Order to Show Cause issued on March 24, 2010.  Plaintiff is granted an additional thirty days to move for default judgment.

:

Initials of Preparer    PMC