UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07621-SVW-AJW | Date | May 12, 2010 |
|---|---|---|---|
| Title | Blizzard Entertainment, Inc. v. Alyson Reeves et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

   To date, plaintiff has failed to move for default judgment pursuant to the Court's order of April 8, 2010.  Therefore, the matter is dismissed.

Initials of Preparer   PMC