SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive,<br><br>　　　　Defendants. | Case No. 2:09-cv-7621-SVW-AJW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S MOTION TO SET ASIDE ORDER DISMISSING ACTION<br><br>Date:　　　June 21, 2010<br>Time:　　　1:30 p.m.<br>Place:　　　Courtroom 6<br>Before:　　Hon. Stephen V. Wilson |

Plaintiff Blizzard Entertainment, Inc.'s ("Blizzard") Motion to Set Aside Order Dismissing Action came on regularly for hearing on June 21, 2010, at 1:30 p.m., in Courtroom 6 of the above-entitled Court.  After consideration of the moving, opposition and reply papers, arguments of counsel, and other evidence submitted to the Court, and good cause appearing therefor, the Court orders that Blizzard's Motion to Set Aside Order Dismissing Action is hereby GRANTED pursuant to Federal Rule of Civil Procedure 60(b)(1) on the grounds of mistake, inadvertence or excusable neglect.  The Court hereby orders that the May 12, 2010 Order Dismissing Action is VACATED and grants Blizzard leave to file its motion for default judgment within five (5) days of the date of this Order.

IT IS SO ORDERED, ADJUDGED AND DECREED.


Dated: _____      _____
                                                        HON. STEPHEN V. WILSON
                                                        U.S. DISTRICT COURT FOR THE CENTRAL
                                                        DISTRICT OF CALIFORNIA

27346768

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300