1  FELIX WOO (State Bar No. 208107)
   fwoo@sonnenschein.com
2  BONNIE LAU (State Bar No. 246188)
   blau@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5  Facsimile: (213) 623-9924

6  Attorneys for Plaintiff
   BLIZZARD ENTERTAINMENT, INC.

7

8

9

10                UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12

13  BLIZZARD ENTERTAINMENT,          Case No. 2:09-cv-7621-SVW-AJW
    INC.,
14                                    DECLARATION OF GREG ASHE
                                      IN SUPPORT OF PLAINTIFF
15            Plaintiff,              BLIZZARD ENTERTAINMENT,
                                      INC.'S MOTION FOR ENTRY OF
16        vs.                         DEFAULT JUDGMENT AND
                                      PERMANENT INJUNCTION
17  ALYSON REEVES, D/B/A
    SCAPEGAMING, and DOES 1
18  through 5 inclusive,

19            Defendants.

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## DECLARATION OF GREG ASHE

1.      I am a resident of Pasadena, California.  Since October 2004, and at all times relevant herein, I have been an employee of Blizzard Entertainment, Inc., the Plaintiff in this action, most recently as Manager of Business Intelligence.  In this position, I have responsibility for various aspects of the World of Warcraft computer game ("World of Warcraft" or WoW"), including creating and implementing programs and technology to stop cheating and unauthorized sales.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

### Blizzard's World of Warcraft™ Online Computer Game

2.      Blizzard is a premier publisher of entertainment software.  Blizzard is best known for its high-quality computer games, including the DIABLO®, STARCRAFT® and WARCRAFT® gaming franchises.  Since establishing the Blizzard label in 1994, Blizzard has quickly become one of the world's most respected and popular makers of computer games.  Many of Blizzard's games feature online game play over the Internet via an online gaming service provided by Blizzard.  Over 11 million individuals actively play Blizzard's games online.

3.      Blizzard's World of Warcraft™ ("WoW") is the company's most ambitious and advanced online computer game.  WoW is a Massively Multiplayer Online Roleplaying Game ("MMORPG"), a genre of computer game in which large numbers of players interact with each other simultaneously in a virtual persistent online world.  WoW allows players to experience the WARCRAFT® universe in great detail, customizing their own experiences by participating in a variety of different activities alone or with others.

4.      World of Warcraft allows players from around the globe to assume the roles of different characters within the game as they explore, adventure and quest across WoW's vast online world.

5.      A central objective for players of WoW is to advance their characters

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

through the various levels recognized in the game, thereby accessing new content in the WoW gaming environment as levels increase. Leveling characters in WoW requires an investment of time and effort playing the game.

6. World of Warcraft, like other MMORPG games, derives revenue based on a subscription fee model. In order to experience the WoW gaming environment, consumers must obtain a legitimate version of the WoW game client software, and then make periodic payments for a subscription permitting them to continue accessing Blizzard's authorized WoW servers and playing in the authorized WoW gaming environment.

7. Unfortunately, the gaming experience of legitimate players of WoW is under near constant attack by cheaters, scammers, and other wrongdoers seeking to exploit WoW for their own illegitimate ends. For this reason, Blizzard seeks to protect the sanctity of the WoW gaming experience through both contractual obligations and technical measures.

8. The software code responsible for the extensive and richly detailed creative elements forming the online world of the WoW gaming environment are copyrighted works owned by Blizzard.

9. Blizzard has received copyright registrations in both the server and game client software code. See Copyright Registration Numbers TXu 1-166-151, TX 5-984-004, and PA-1-247-131, attached hereto as Exhibit A.

10. WoW uses a client-server model. To access the online world, a user must have special software installed on his or her computer (the "WoW game client" or "game client").

11. The game client is specifically designed to work in combination only with computer servers maintained and operated by or on behalf of Blizzard.

12. Because the copyrighted content making up the WoW gaming environment is stored on both the WoW game client and the WoW game server, a user seeking access to the WoW gaming environment must have both a game

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  client and access to a legitimate WoW game server.

2      13.    The WoW game client is designed to connect only with authorized

3  servers. Blizzard's servers are designed to connect only to the Blizzard game

4  client.

5      14.    Blizzard charges players a set monthly subscription fee for access to its

6  authorized WoW servers.

7      15.    Blizzard developed the WoW gaming environment through tremendous

8  effort and at tremendous expense to the company, employing numerous game

9  designers, artists, producers and programmers to conceive of and create a gaming

10  experience that has appealed to millions of players worldwide.

**The World of Warcraft™ End User License Agreement**

12      16.    Prior to playing WoW, users must install the game client on a personal

13  computer. During that installation process, the game client displays a contract to

14  the user called the World of Warcraft™ End User License Agreement ("EULA").

15  See EULA, attached as Exhibit B.

16      17.    In order to install the game client, and again before playing the game

17  for the first time, the user must manifest assent to the EULA by clicking on a

18  button labeled "Accept." The user also may decline to enter into this contract by

19  clicking on a button labeled "Decline," at which point the game client will

20  terminate, denying access to the user.

21      18.    Any use of the WoW game client that is not in accordance with the

22  EULA is expressly prohibited. Among other provisions, the EULA contains an

23  express limitation on the license, which provides that the user may not "in whole

24  or in part, copy, photocopy, reproduce, translate, reverse engineer, derive source

25  code from, modify, disassemble, decompile, or create derivative works based on

26  the Game…." See Ex. B, EULA para. 2(A).

27      19.    The EULA also provides that the user may not "exploit the Game or

28  any of its parts, including without limitation the Game Client, for any commercial

1  purpose…" EULA, para 2(C).

2      20.    The EULA also provides that the user may not "host, provide or

3  develop matchmaking services for the Game or intercept, emulate or redirect the

4  communication protocols used by Blizzard in any way, for any purpose, including

5  without limitation unauthorized play over the internet, network play, or as part of

6  content aggregation networks…." See EULA para 2(F).

7      21.    The EULA also provides that the user may not "facilitate, create or

8  maintain any unauthorized connection to the Game or the Service, including

9  without limitation (a) any connection to any unauthorized server that emulates, or

10  attempts to emulate, the Service; and (b) any connection using programs or tools

11  not expressly approved by Blizzard." See EULA para. 2(G).

12      22.    The EULA also provides Blizzard with the right to deploy patches to

13  the user's computer, stating "Blizzard may deploy or provide patches, updates and

14  modifications to the Game that must be installed for the user to continue to play

15  the Game. Blizzard may update the Game remotely including without limitation

16  the Game Client residing on the user's machine, without the knowledge of the

17  user, and you hereby grant to Blizzard your consent to deploy and apply such

18  patches, updates and modifications." EULA para. 9.

19      23.    The provisions of the EULA are designed to protect the integrity of the

20  game.

21              **The World of Warcraft™ Terms of Use**

22      24.    Prior to playing WoW, users must create an account with Blizzard.

23  During that account creation process, Blizzard displays a contract to the user

24  called the World of Warcraft™ Terms of Use (the "TOU"). See TOU, attached as

25  Exhibit C.

26      25.    In order to create a WoW account, the user must manifest assent to the

27  TOU by clicking on a button labeled "Accept." The user also may decline to

28  enter into this contract by clicking on a button labeled "Decline," at which point

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    the account creation process will terminate, denying access to the user.

2       26.    Any use of the WoW game client or access to the WoW gaming

3    environment that is not in accordance with the TOU is expressly prohibited.

4    Among other provisions, the TOU provides that no one other than Blizzard shall

5    host, provide access to, or emulate the communication protocols used to create the

6    WoW gaming environment.  Additionally, the TOU prohibits modifying WoW

7    software, adding components to WoW, or using third-party programs for the

8    purpose of hosting WoW.  The use of any tools to "hack or alter" WoW software

9    also is specifically prohibited.

10      27.    The provisions of the TOU are designed to protect the integrity of the

11   game by, among other things, preventing the very conduct demonstrated by the

12   defendants – developing pirated game servers to allow the unchecked use of

13   pirated versions of the WoW game client.

14      28.    The TOU provides that the user may not "exploit the Game or any of

15   its parts, including without limitation the Game Client, for any commercial

16   purpose…"  See Ex. C, ToU para. 2(B).

17      29.    The TOU also provides that the user may not "host, provide or develop

18   matchmaking services for the Game or intercept, emulate or redirect the

19   communication protocols used by Blizzard in any way, for any purpose, including

20   without limitation unauthorized play over the internet, network play, or as part of

21   content aggregation networks…."  See Ex. C, ToU para. 2(E).

22      30.    The TOU also provides that the user may not "facilitate, create or

23   maintain any unauthorized connection to the Game or the Service, including

24   without limitation (a) any connection to any unauthorized server that emulates, or

25   attempts to emulate, the Service; and (b) any connection using programs or tools

26   not expressly approved by Blizzard."  See Ex. C, ToU para. 2(F).

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No. 2:09-cv-7621-SVW-AJW                    DECLARATION OF GREG ASHE

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

### Blizzard's Anti-Piracy Mechanisms

31.    Blizzard has received United States copyright registrations in both its game client software and its server software. *See* Exhibit A.

32.    Blizzard has implemented a number of technological measures to control access to the copyrighted elements in the game client.

33.    In order to play WoW, a user must first install and then "launch" the WoW client.

34.    After the game client is installed, it must then interact with the WoW game server in order to create the online world and provide access to the copyrighted content of the WoW gaming environment.  Game clients are pre-configured to connect only with Blizzard's WoW game server.

35.    The WoW client software cannot be used to play WoW without a connection to a server.

36.    Section 2 of the WoW EULA prohibits players from using non-Blizzard servers. See Exhibit B.

37.    When the WoW client is launched, a copy of the program is loaded into the user's own computer's random access memory.  Although players may load the executable portion of the game client into RAM prior to any authentication, the majority of the copyrighted content — the visual and aural content that make up the WoW game environment — are not loaded until after a player authenticates with Blizzard's WoW server.

38.    Blizzard only authorizes users to copy WoW into random access memory in conformity with the terms of its EULA and TOU.

39.    When users first attempt to launch the WoW game client, authenticate to the WoW game server, and access the copyrighted elements of the WoW gaming environment, they must demonstrate that they have purchased a valid license to play the game.

40.    Each authorized user is issued a unique 26-digit alphanumeric

authentication code (the "Authentication Code") upon purchase of a license to play WoW.  Prior to playing the game, users must create an account via a separate interface that requires them to enter their Authentication Code.  Once the Authentication Code has been validated, the user must create a unique account username and password.  Each Authentication Code can only be used to create one account, and the Authentication Code is permanently attached to that account after the account has been created.

41.     When the user runs the game client software, the game client displays a login screen in which the user must enter his or her unique account username and password.  The client then sends information, including the username and password, to the server.  If this information passes certain authentication tests, the server allows the player to access and experience the copyrighted WoW gaming environment.

42.     Access to a WoW server is required in order for a player to experience the WoW game environment.  In this way, the server "unlocks" the copyrighted information on the game client.

### Defendant's Unlawful Activities

43.     I am informed and believe that Defendant Alyson Reeves d/b/a Scapegaming until recently operated www.scapegaming.com, which served as a portal to a number of servers operated by Scapegaming, designed to emulate the actual WoW game servers Blizzard operates.

44.     The Scapegaming servers emulated (mimicked) Blizzard's own World of Warcraft servers, and enabled the unauthorized, large-scale, multi-player online play of World of Warcraft.  The Scapegaming servers are not authorized by Blizzard.

45.     I am informed and believe that Defendant, and others acting in concert with Defendant, initially began development of unauthorized servers to accommodate players that wished to play World of Warcraft without paying a

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

monthly fee to Blizzard.

46.    I am informed and believe that Defendant has advertised its servers on the "Top 100" list of unauthorized WoW servers.  Defendant has included a link to: http://www.xtremetop100.com/in.php?site=1132192645 on its homepage and elsewhere on its website encouraging Scapegaming users to "vote" for Scapegaming as one of the "best" unauthorized servers in order to attract more users.

47.    I am informed and believe that Defendant employed individuals as "game masters," or "GMs", "database" team members, "donations" supervisors, developers, and forum moderators to administer its servers and website.

48.    I am informed and believe that Defendant offered five different servers to its users: WoWScape, WoWCrack,  WoWLegion, Battlescape, and PTR.

49.    I am informed and believe that Defendant described its WoWScape server as a "funserver."  This "funserver" attempted to replicate the WoW online gaming experience, but at the same time allowed players to advance in WoW and obtain objects more quickly than Blizzard's authorized servers by offering 40x experience rates, 60x drop rates, custom gear and unscripted instances.

50.    I am informed and believe that Defendant described its WoWCrack server as "Blizzlike High Rate."  This "Blizzlike High Rate" server attempted to replicate the WoW online gaming experience Blizzard provides, but at the same time allows players to advance in WoW and obtain objects more quickly than Blizzard's authorized servers but not as quickly as the "funserver."

51.    I am informed and believe that Defendant described its WoWLegion server as "Blizzlike."  This "Blizzlike" server was designed to replicate the WoW online gaming experience Blizzard provides on its authorized servers, allowing players to advance in WoW at only a slightly accelerated rate.

52.    I am informed and believe that Defendant described its Battlescape server as a "Pure PvP Realm," which attempted to replicate the "Player versus

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DECLARATION OF GREG ASHE

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Player" battle realms that Blizzard provides on its authorized servers. Unlike Blizzard's servers, however, players using Scapegaming's PvP realm were immediately assigned a high-level character that would take months to obtain on Blizzard's authorized servers.

53.   I am informed and believe that Defendant described its PTR server as a "Test Realm," which Scapegaming used to test new features. This test realm also attempted to replicate the WoW online gaming experience Blizzard provides.

54.   I am informed and believe that Defendant announced plans to offer another server that would attempt to replicate Blizzard's authorized servers as those servers existed several years ago, before Blizzard released its "Wrath of the Lich King" and "Burning Crusade" expansion packs.

55.   I am informed and believe that playing WoW on a Scapegaming server, other than the Battlescape server, required the user to have a copy of World of Warcraft Wrath of the Lich King installed on their computer. The Battlescape server required the player to have World of Warcraft with the Burning Crusade Expansion installed.

56.   Blizzard has not authorized the Scapegaming servers and therefore their operation violates the express provisions of the EULA and TOU.

57.   Likewise, players' use of the Scapegaming servers exceeds the express license limitations set forth in the WoW EULA and TOU.

58.   I am informed and believe that Defendant was well aware that its activities were unauthorized, even going so far as to place a term in the Scapegaming Terms of Use designed to prevent Blizzard from discovering or receiving information about Scapegaming's actions stating that: "No one from Blizzard, associated with Blizzard or any such affiliated company or anyone directed by Blizzard or its Related companies is permitted to enter these web sites or view any content contained within these sites at any time what so ever due to controversial reasons."

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

59.   I am informed and believe that the copies of World of Warcraft, World of Warcraft Burning Crusade, and World of Warcraft Wrath of the Lich King expansion packs that must be installed in order to access Scapegaming servers do not need to be authorized copies.

60.   I am informed and believe that unlike the authentic WoW game servers, the Scapegaming servers have never even attempted to determine whether a game client connecting to them is legitimate.  Instead, the Scapegaming servers, as designed, allowed unauthorized versions of the game client to enter the WoW online world and access the copyrighted content residing on the game client.

61.   In addition, the Scapegaming servers allowed any user to create an account without first submitting an Authentication Code.

62.   The Scapegaming servers thus allowed users to bypass the anti-piracy checks Blizzard has implemented that otherwise take place before the game client may be used to enter the WoW gaming environment.

63.   Scapegaming permits owners of pirated versions of the game client to access the copyrighted WoW game experience.

64.   Blizzard has not authorized Scapegaming to provide servers nor has it authorized Scapegaming to create any derivative works based on its client or server software.

65.   Blizzard has not authorized Scapegaming to modify or reverse engineer any WoW software, including the game client, or to use the game client in conjunction with an unauthorized server.

66.   I am informed and believe that Defendant and Scapegaming users have bypassed the Authentication Code check required by the installation program and installed the pirated version of the game client on the hard drive of a computer for use in connecting to Scapegaming's unauthorized servers.

67.   I am informed and believe that Defendant and Scapegaming users caused this pirated version of the game client to be run on a computer, and in

-10-

1    doing so viewed the TOU, and manifested assent to the TOU by clicking on the

2    "Accept" button.

3        68.    I am informed and believe that during the course of developing the

4    custom Scapegaming server emulation software, Defendant attempted to cause a

5    pirated version of the game client, or a version of the game client that had been

6    modified without Blizzard's consent, to connect to the legitimate WoW game

7    server.

8        69.    I am informed and believe that Scapegaming developed, maintained,

9    and actively updated its own custom emulation software designed to replicate the

10   WoW online experience.

11       70.    Scapegaming's custom emulation software uses content from the WoW

12   client in order to replicate the WoW online experience.

13       71.    I am informed and believe that Scapegaming's developers

14   disassembled, decompiled, "packet sniffed" or otherwise reverse engineered

15   portions of Blizzard's game client during the course of development of the

16   Scapegaming server.

17       72.    I am informed and believe that at all times during the course of

18   development of the Scapegaming server program, Defendant had specific

19   knowledge that the server program was being used to enable individuals who had

20   obtained pirated versions of the game client to access the copyrighted content

21   contained therein along with a derivative copy of the WoW online game

22   experience in violation of the EULA and TOU.

23       73.    Scapegaming also provides instructions to its users on how to

24   "downpatch" their WoW client programs.

25       74.    "Downpatching" allows users to downgrade their versions of the WoW

26   game client from the latest version in order to make the game client compatible

27   with unauthorized servers and to avoid software controls that Blizzard implements

28   in new patches to prevent the use of its client software on unauthorized servers.

-11-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

75.     In addition to providing instructions on how to "downpatch," Scapegaming also provided links to pirated, older versions of the WoW game client designed to work with its unauthorized servers and links to "alternative patching" files and instructions that allow users to patch their game client without connecting to Blizzard's server.

76.     I am informed and believe that links to pirated versions of World of Warcraft were posted for download on the Scapegaming website.

77.     I am informed and believe that on July 29, 2009, "Justice," a "moderator" acting on behalf of scapegaming posted links to Blizzard's copyrighted patches for use in downpatching scapegaming users' copies of WoW without accessing Blizzard's authentication servers.

78.     Applying patches without connecting to Blizzard's server allows users to circumvent Blizzard's authentication software and patch pirated copies of WoW.

79.     I am informed and believe that on July 26, 2009, "Peyton" (one of Defendant's aliases) announced that scapegaming had plans to put up a new server or realm called "Chronicles" that would allow users to play an older version of World of Warcraft that did not include the popular Burning Crusade or Wrath of the Lich King expansion packs.

80.     I am informed and believe that on July 28, 2009, scapegaming user "Beckon" posted links to pirated versions of World of Warcraft version 1.12.1 for download on the scapegaming website.  WoW 1.12.1 is an older version of the game client that Beckon claims could be used with "Wowchronicles."

81.     Due to Defendant's deliberate hosting, development, distribution, and promotion of the Scapegaming server, players around the world have been able to use Scapegaming's servers to access Blizzard's copyrighted content to play pirated copies of WoW and copies of WoW modified without Blizzard's permission without paying monthly subscription fees.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-12-

82.     The availability of unauthorized servers, like Scapegaming, that allow users with pirated versions of the game client to access Blizzard's copyrighted content on the game client has materially contributed to the demand for infringing copies of the game client on the Internet.

83.     By developing and making available its unauthorized servers, Scapegaming deprives Blizzard of the fruits of its labors resulting from the development of WoW.

84.     Scapegaming unjustly profited from these unlawful acts by encouraging its users to make "donations" to fund its continued operation.  It encouraged these "donations" by providing "donors" with additional items that those "donors" could use on scapegaming's servers.

85.     The "donations" solicited by Scapegaming appear to be thinly-veiled sales of virtual property and characters available in WoW.

86.     For example, on the "Funserver" players that "donated" to scapegaming were able to choose from a range of items, ranging in cost from $1 (to advance their character 2 levels) to $300 for an "Ancient Pack #4" collection of a number of rare WoW items.

87.     Most of the same items were available to players on the WoWLegion server, the server Scapegaming claims to be "Blizzlike," but at an increased cost. For those players, prices ranged from $2 (to advance a character two levels), to $300 for a package containing a level 70 character with weapons, gold, and other advanced in game items.

88.     On the WoWCrack server, which Scapegaming describes as "High Rate Blizzlike," most of the same items were available for purchase as on the other two servers, ranging in price from $2 (to advance a character two levels) to $250 for a package containing a high level character, and assorted other advanced in game items and gold.

89.     The virtual property, characters and other in-game rewards received by

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    "donors" are Blizzard's intellectual property.

2         90.    In order to gain access to gameplay using the advanced items available

3    for purchase on the WoWLegion service on Blizzard's authorized servers, a

4    United States' resident player would have to pay a $14.99/month fee for many

5    months in order to complete the tasks required to gain access to these items.

6         91.    By using scapegaming's servers, players were able to obtain the use of

7    those items in an in-game environment without paying Blizzard that monthly fee,

8    resulting in millions of dollars in lost subscription fees.

9                                    **Damages**

10        92.    I am informed and believe that, based on records subpoenaed from

11   at Irvine, California.

GREG ASHE

19

20

21

22

23

24

25

26

27

28

-14-

DECLARATION OF GREG ASHE

Case No. 2:09-cv-7621-SVW-AJW