1  FELIX WOO (State Bar No. 208107)
   fwoo@sonnenschein.com
2  BONNIE LAU (State Bar No. 246188)
   blau@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5  Facsimile: (213) 623-9924

6  Attorneys for Plaintiff
   BLIZZARD ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., | Case No. 2:09-cv-7621-SVW-AJW |
| Plaintiff, | NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING ENTRY OF DEFAULT JUDGMENT AGAINST ALYSON REEVES D/B/A SCAPEGAMING |
| vs. | |
| ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive, | Date:    July 19, 2010<br>Time:    1:30 p.m.<br>Place:   Courtroom 6<br>Before:  Hon. Stephen V. Wilson |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Blizzard Entertainment, Inc. hereby lodges the attached [Proposed] Order granting Motion for Default Judgment against Defendant Alyson Reeves, d/b/a Scapegaming.

Respectfully submitted,

Dated: June 18, 2010         SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/s/ Bonnie Lau_____
     BONNIE LAU

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.