SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BLIZZARD ENTERTAINMENT, INC., | Case No. 2:09-cv-7621-SVW-AJW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING ENTRY OF DEFAULT JUDGMENT AGAINST ALYSON REEVES D/B/A SCAPEGAMING |
| vs. | |
| ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive, | Date: July 19, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 6<br>Before: Hon. Stephen V. Wilson |
| Defendants. | |

1    Plaintiff Blizzard Entertainment, Inc.'s ("Blizzard") Motion for Default Judgment against Defendant Alyson Reeves, d/b/a Scapegaming, came on regularly for hearing on July 19, 2010, at 1:30 p.m., in Courtroom 6 of the above-entitled Court. After consideration of the papers submitted with respect to the motion, argument of counsel, and all other evidence submitted to the Court, and good cause appearing therefor, the Court orders that Blizzard's Motion for Default Judgment is hereby GRANTED pursuant to Federal Rule of Civil Procedure 55(b)(2).

IT IS ORDERED, ADJUDGED AND DECREED that default judgment is hereby entered against Defendant Alyson Reeves, d/b/a Scapegaming and in favor of Plaintiff Blizzard Entertainment, Inc. as follows:

(a) $3,052,339 in disgorgement, 17 U.S.C. § 504(b);

(b) $20,886,200 in statutory damages, 17 U.S.C. § 1203(c)(3)(A); and

(c) $63,600 in attorneys' fees, 17 U.S.C. § 505.

TOTAL AWARD:        $24,002,139

Dated: _____        _____
                              HON. STEPHEN V. WILSON
                              U.S. DISTRICT COURT FOR THE CENTRAL
                              DISTRICT OF CALIFORNIA

27346768

Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300