FELIX WOO (State Bar No. 208107)
fwoo@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive, <br><br> Defendants. | Case No. 2:09-cv-7621-SVW-AJW <br><br> CERTIFICATE OF SERVICE BY E-FILING AND U.S. MAIL |

I, JOAN MACK, declare as follows:

I am employed in the City and County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that on June 18, 2010, I electronically filed the foregoing:

1. PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S (1) NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST ALYSON REEVES, D/B/A SCAPEGAMING; AND (2) SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES;

2. DECLARATION OF GREG ASHE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;

3. DECLARATION OF BONNIE LAU IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;

4. NOTICE OF LODGING OF [PROPOSED] ORDER;

5. [PROPOSED] ORDER GRANTING ENTRY OF DEFAULT JUDGMENT AGAINST ALYSON REEVES D/B/A SCAPEGAMING;

with the Clerk of the Court using the ECF system which will send notification of such filing to the registered parties. I served the same document on the following non-ECF participants by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Alyson Reeves**
**2612 Westridge Drive**
**Plano, TX  75075**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the

- 2 -
Case No. 2:09-cv-7621-SVW-AJW                                        CERTIFICATE OF SERVICE

U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of June, 2010, at Los Angeles, California.

                                                      _____/s/ JoAn Mack_____
                                                             JOAN MACK

27348755

Case No. 2:09-cv-7621-SVW-AJW            CERTIFICATE OF SERVICE