1   FELIX WOO (State Bar No. 208107)
    fwoo@sonnenschein.com
2   BONNIE LAU (State Bar No. 246188)
    blau@sonnenschein.com
3   SONNENSCHEIN NATH & ROSENTHAL LLP
    601 South Figueroa Street, Suite 2500
4   Los Angeles, California 90017-5704
    Telephone: (213) 623-9300
5   Facsimile: (213) 623-9924

6   Attorneys for Plaintiff
    BLIZZARD ENTERTAINMENT, INC.

7

8

9                 UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12   BLIZZARD ENTERTAINMENT,              Case No. 2:09-CV-7621-SVW-AJW
     INC.,
13                                        STATEMENT RE NON-
                Plaintiff,                OPPOSITION TO PLAINTIFF
14                                        BLIZZARD ENTERTAINMENT,
          vs.                             INC.'S MOTION FOR DEFAULT
15                                        JUDGMENT AGAINST ALYSON
     ALYSON REEVES, D/B/A                 REEVES, D/B/A SCAPEGAMING
16   SCAPEGAMING, and DOES 1
     through 5 inclusive,
17                                        Date:      July 19, 2010
                Defendants.               Time:      1:30 p.m.
18                                        Place:     Courtroom 6
                                          Before:    Hon. Stephen V. Wilson
19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    Plaintiff Blizzard Entertainment, Inc. ("Blizzard") filed a Motion for Default

2  Judgment on June 18, 2010.  The motion is set for hearing on July 19, 2010.

3  Pursuant to Civil Local Rule 7-9, any opposition was due by June 28, 2010.  As of

4  the date of this filing, a review of PACER reveals no opposition has been filed.

5    For all the reasons cited in its moving papers, and based on the absence of

6  any opposition to its motion, Blizzard respectfully requests that this Court grant

7  its Motion for Default Judgment and enter the previously-lodged [Proposed] Order

8  in its entirety.

9                                  Respectfully submitted,

10  Dated:  July 7, 2010          SONNENSCHEIN NATH & ROSENTHAL LLP

11

12

13                                By _____/s/ Felix T. Woo_____
                                           FELIX T. WOO

14                                Attorneys for Plaintiff
                                  BLIZZARD ENTERTAINMENT, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

I, JOAN MACK, declare as follows:

I am employed in the City and County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that on July 7, 2010, I electronically filed the foregoing:

1.  STATEMENT OF NON-OPPOSITION TO PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST ALYSON REEVES D/B/A SCAPEGAMING

with the Clerk of the Court using the ECF system which will send notification of such filing to the registered parties.  I served the same document on the following non-ECF participants by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Alyson Reeves**
**2612 Westridge Drive**
**Plano, TX  75075**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of July, 2010, at Los Angeles, California.

_____/s/ JoAn Mack_____
JOAN MACK

- 1 -

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300