UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7621-SVW (AJWx) | Date | July 16, 2010 |
|---|---|---|---|
| Title | Blizzard Entertainment, Inc. v. Alyson Reeves d/b/a Scapegaming | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [24]

     The Motion is suitable to a determination without oral argument.  Fed. R. Civ. P. 78(b); Local Rule 7-15.  The hearing scheduled for July 19, 2010 is VACATED.  Order to issue.

:

Initials of Preparer   PMC