UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLIZZARD ENTERTAINMENT, INC., | ) | CV 09-7621 SVW (AJWx) |
| Plaintiff, | ) | |
| v. | ) | FINAL JUDGMENT |
| ALYSON REEVES, D/B/A SCAPEGAMING, and Does 1-5, inclusive, | ) | [JS-6] |
| Defendants. | ) | |

Pursuant to the Court's July 22, 2010 and August 10, 2010 Orders Granting Plaintiff's Motion for Default Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Blizzard Entertainment, Inc. shall recover $88,594,539.00, and post-judgment interest thereon at the rate provided by law until paid in full, from Defendant Alyson Reeves, d/b/a Scapegaming.

IT IS SO ORDERED.

DATED: August 10, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE