FELIX WOO (State Bar No. 208107)
fwoo@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALYSON REEVES, D/B/A SCAPEGAMING, and DOES 1 through 5 inclusive, <br><br> Defendants. | Case No. 2:09-cv-7621-SVW-AJW <br><br> DECLARATION OF BONNIE LAU AND AFFIDAVIT OF IDENTITY IN SUPPORT OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC.'S REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |

# DECLARATION OF BONNIE LAU

1.    I am an attorney duly licensed to practice in the State of California and before the Federal District Court for the Central District of California. I am an attorney at Sonnenschein Nath & Rosenthal LLP, counsel of record for plaintiff Blizzard Entertainment, Inc. ("Blizzard"). I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would testify competently thereto.

2.    On August 11, 2010, this Court entered judgment against defendant Alyson Reeves, d/b/a Scagaming in the amount of $88,594,539.00. Attached as Exhibit A is a true and correct copy of the August 11, 2010 judgment.

3.    Defendant Alyson Reeves is also known by the names "Alyson Rohrs" and "Alyson Noble."

4.    I learned Defendant's additional names from transaction records produced by PayPal Inc., and records obtained from the database Accurint. Attached as Exhibit B are true and correct copies of the Paypal Declaration of Custodian of Records and Scapegaming FIT Page. Attached as Exhibit C is a true and correct copy of an excerpt from the Accurint report regarding Ms. Reeves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of August 2010 at Los Angeles, California.

_____
BONNIE LAU

27352181

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

# Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLIZZARD ENTERTAINMENT, INC., | ) | CV 09-7621 SVW (AJWx) |
| Plaintiff, | ) | |
| v. | ) | FINAL JUDGMENT |
| ALYSON REEVES, D/B/A SCAPEGAMING, and Does 1-5, inclusive, | ) | [JS-6] |
| Defendants. | ) | |

Pursuant to the Court's July 22, 2010 and August 10, 2010 Orders Granting Plaintiff's Motion for Default Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Blizzard Entertainment, Inc. shall recover $88,594,539.00, and post-judgment interest thereon at the rate provided by law until paid in full, from Defendant Alyson Reeves, d/b/a Scapegaming.

IT IS SO ORDERED.

DATED: August 10, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

# Exhibit B

## DECLARATION OF
## CUSTODIAN OF RECORDS
## OF PAYPAL INC.

**RE: Alyson Reeves**

"I, Jennifer Murray, certify and declare that:

(i.) I am over the age of 18 years and not a party to this action.

(ii.) My business address is 7700 Eastport Parkway, La Vista, NE 68128.

(iii.) I am employed by PayPal, Inc., in the position of Legal Support Specialist.

(iv.) I am duly authorized as custodian of the enclosed business records. The records were prepared by PayPal personnel in the ordinary course of their duties at or near the time of the events recorded, and have been kept in the ordinary course of PayPal's business.

(v.) A Subpoena has been served upon PayPal for production of said business records.

(vi.) I have delivered the foregoing records to the Subpoenaing party or the attorney for the Subpoenaing representative. "

I declare under the penalty of perjury under the laws of the State of (California/Nebraska) that the forgoing is true and correct.

_____4/19/2010_____         _____
**Date**                              Jennifer Murray
                                      Legal Support Specialist

# PayPal

PayPal-Restricted
Information Created on: Apr. 19, 2010 22:03:44 GMT

Account Home | Risk Info | Products Info | Transaction Log | Activity Log | Service Log | Shipping Log | Contact Tracking | TPI Lookup

## FIT Page for Alyson Rohrs

Print Page

### User Info

| | |
|---|---|
| First Name: | Alyson |
| Last Name: | Rohrs |
| SSN: | 1353 |
| TIN: | |
| DOB: | , 1973 |
| Credit Card Statement Name: | SCAPEGAMING |
| Extended Credit Card Statement Name: | SCAPEGAMING |
| Referrer Email: | No Daddy Linked  \|  Not Linked  \|  None |
| Email: | alysonsav@gmail.com, scapedv@gmail.com, alysonn73@hotmail.com |

### Business Info

| | |
|---|---|
| Name: | Scape Gaming |
| URL: | |
| Customer Service Phone: | 888-888-8888  - Trusted |

### Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | 7370 |
| Account Type: | Business - Verified - Cat12A - Merchant Manager |
| Time Created: | Oct. 2, 2004 13:38:08 CDT |
| Sanction List Status: | Not Passed - No List |
| Account Flags: | Sole Prop 2<br>PayPal Top Customer |

### Financials

| | |
|---|---|
| Account Balance: | USD |
| Total Amount Sent (USD Equiv): | USD |
| Total Amount Received: | USD |
| Amount Received:<br>(A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: USD<br>USD<br>USD |
| Total Withdrawal Limit (Cumulative) | N/A |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| alysonsav@gmail.com | | ✓ | ✓ |
| scapedv@gmail.com | | | ✓ |
| alysonn73@hotmail.com | ✓ | ✓ | ✓ |
| alysonr@live.com | | | |
| sandreone@legacymanagement.biz | | ✓ | |

### Phone numbers

| Phone Number | Type | Confirmation Status | Status | Trust | Payment Enabled |
|---|---|---|---|---|---|
| 214-938-1746 | Home | Confirmed - Line Access (Invalid) | Active | Trusted | Not Activated |
| 972-596-3766 | Home - Deleted | Unconfirmed - Attempt Failed | Inactive | Trusted | Not Activated |
| 912-344-8328 | Work | Unconfirmed - No Attempt | Active | Trusted | Not Activated |
| 888-888-8888 | Customer Service | Unconfirmed - No Attempt | Active | Trusted | Not Activated |
| 214-938-1746 | Mobile - Deleted | Confirmed - Line Access (Invalid) | Inactive | Unknown Trust | Not Activated |

### Addresses

| Status | Address | Use | Trust |
|---|---|---|---|
| Active<br>LocConf Unconfirmed | Scape Gaming<br>830 Wilmington Island Road<br>Savannah, GA 31410<br>United States | (CC 8177 Confirmed) | Trusted |
| Active - Business<br>LocConf Batch Confirmed Credit Check Address<br>Expired<br>Apr. 2, 2010 16:16:25 CDT | Scape Gaming<br>17 W Gordon St<br>Savannah, GA 31401<br>United States | | Trusted |
| Active - Contact<br>LocConf Batch Confirmed | Scape Gaming<br>2024 Walthour Road<br>Savannah, GA 31410<br>United States | (Home)<br>(CC 2057 Confirmed) | Trusted |
| Active<br>LocConf Batch Confirmed | Scape Gaming<br>3546 Happy Valley Circle<br>Newnan, GA 30263<br>United States | (CC 7381 Confirmed) | Trusted |
| Inactive | Alyson Reeves<br>17 W Gordon st<br>Savannah, GA 31401<br>United States | (Gift Address)<br>(Hidden) | Trusted |
| Inactive | Alyson Reeves<br>2509 Westridge<br>Plano, TX 75075<br>United States | (Gift Address)<br>(Hidden) | Trusted |
| Inactive<br>LocConf Batch Confirmed | Scape Gaming<br>2509 Westridge<br>Plano, TX 75075<br>United States | | Trusted |
| Inactive<br>LocConf Unconfirmed | Scape Gaming<br>2612 Westridge<br>Plano, TX 75075<br>United States | | Trusted |
| Active - Gift Address - Hidden address | Alyson Reeves | (Gift Address) | Trusted |

https://admin.paypal.com/cgi-bin/admin                                    4/19/2010

# Exhibit C

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Court, Law Enforcement, or Government Agencies
**Your GLBA Permissible Use:** Transactions Authorized by Consumer

# Finder Report

Date: 01/28/10

## Subject Information
(Best Information for Subject)

Name: ALYSON N REEVES
Date of Birth: /1973
Age: 36
SSN: 1353 issued in **Texas** between **01/01/1978** and **12/31/1978**

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
TODD C ROHRS
 DOB: **07/1972** Age: **37**

## AKAs
(Names Associated with Subject)

ALLISON ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx
ALLYSON REEVES
 DOB: /1973 Age: 36 SSN: -xxxx
ALLYSON L NOBLE
 DOB: /1973 Age: 36 SSN: -xxxx
ALLYSON L ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON REEVES
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON ROHRAS
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON L NOBLE
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON L ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON N ROHES
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON N ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx
ALYSON NOBLE ROHRS
 DOB: /1973 Age: 36 SSN: -xxxx

## Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

## Address Summary  (✔ - Probable Current Address)